**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERTO ALVAREZ,**

    **Plaintiff,**

**-vs-**                 Case No. 6:08-cv-453-Orl-19DAB

**HIGH GRADE CONSTRUCTION, INC.,**
**ARMANDO SANCHEZ**

    **Defendants.**
_____

## ORDER

  This case comes before the Court on the Joint Stipulation for Dismissal Without Prejudice. (Doc. No. 31, filed July 10, 2009.)

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. This Stipulation of Dismissal Without Prejudice (Doc. No. 31) is signed by all parties, and thus the case should be **DISMISSED without prejudice**. The Clerk of Court is directed to close this case.

  **DONE** and **ORDERED** in Chambers in Orlando, Florida on November 12, 2009.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record